# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | 2:09-cr-466-PMP |
| ) | |
| vs. ) | USCA No. 11-10523 |
| ) | |
| HECTOR GONZALEZ-ALBA, ) | |
| ) | |
| Defendant-Appellant. ) | **ORDER** |

Pursuant to the order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, the motion to relieve Angela H. Dows, Esq. as counsel was granted and new counsel was ordered appointed (#167).

IT IS HEREBY ORDERED that the **Nevada Federal Public Defender** (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is hereby appointed as counsel under the Criminal Justice Act to represent defendant-appellant **Hector Gonzalez-Alba**.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuirt, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointment@ca9.uscourts.gov.

DATED this 8th day of November, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE