UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America

        Plaintiff,

vs.

RICARDO SANTACRUZ-BECERILL

        Defendant.

District No. 2:09-CR-0466-PMP-LRL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 1st, 2011 this court received a transcript order form dated December 1st, 2011 requesting a Transcript of the Motion Hearing held on March 16th, 2011 from Mr. Mario Valencia, Counsel for Mr. Santacruz-Becerill, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 7th day of December, 2011.

_____
Philip M. Pro
United States Judge