# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Manuel Gudino-Sierra<br><br>　　　　　Defendant. | District No.　2:09-CR-0466-PMP-LRL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 8th, 2011 this court received a transcript order form dated December 5th, 2011 requesting a Transcript of the Suppression Hearing held on March 16th, 2011 from Mr. Charles Kelly, Counsel for Mr. Manuel Gudino-Sierra, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of December, 2011.

_____
Philip M. Pro
United States Judge