# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-CR-00466-PMP-LRL |
| v. | ) | |
| RICARDO SANTACRUZ-BECERILL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Government shall file a response to Defendant Ricardo Santacruz-Becerill's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #229) by September 16, 2013.

DATED: August 16, 2013

_____
PHILIP M. PRO
United States District Judge