UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00466-PMP-LRL |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| RICARDO SANTACRUZ-BECERILL, ) | |
| *et al*, ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is Defendant Santacruz-Becerill's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #229), file August 7, 2013. For the reasons set forth in the Government's Response in Opposition to Defendant Santacruz-Becerill's Motion (Doc. #232), the Court finds the arguments advanced for relief in Defendant's motion are meritless.

**IT IS THEREFORE ORDERED** that Defendant Santacruz-Becerill's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #229) is **DENIED**.

DATED: September 16, 2013.

_____
PHILIP M. PRO
United States District Judge