UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICARDO SANTACRUZ-BECERILL, *et al*,<br><br>　　　　　Defendants. | Case No. 2:09-CR-00466-PMP-LRL<br><br>**ORDER** |

Having read and considered Defendant's Motion for Reconsideration (Doc. #234), and the Government's Response thereto, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Reconsideration (Doc. #234) is **DENIED**.

DATED: November 12, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
PHILIP M. PRO
United States District Judge